BROOKLYN TRUST COMPANY, as Trustee to Execute a Trust Created by the Will of DANIEL MARLEY, Deceased, Respondent, *v.* OCTAVIUS T. PHILLIPS, as Administrator of EDWARD M. PHILLIPS, Deceased, and of DANIEL M. PHILLIPS, Deceased, Appellant, and SARAH A. RHODES et al., Respondents.

*Brooklyn Trust Co.* v. *Phillips*, 134 App. Div. 697, affirmed.
(Argued February 15, 1911; decided March 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 19, 1909, reversing a judgment in favor of defendant appellant entered upon a decision of the court on trial at Special Term and granting a new trial in an action for the judicial settlement of the accounts of the plaintiff trustee.

*William M. Benedict* for appellant.

*Duane P. Cobb* and *Granville I. Burr* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Not sitting: CULLEN, Ch. J. Absent: HAIGHT, J.